

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00309-CV

| | | |
|---|---|---|
| Waterway Ranch, LLC | § | From the 43rd District Court |
| | § | of Parker County (CV11-0288) |
| v. | § | August 22, 2013 |
| City of Annetta, Texas | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Waterway Ranch, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston